AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CENTRE DE RECHERCHE MÉDICO DENTAIRE AM INC. <br><br> *Plaintiff(s)* <br> v. <br> DSD USA, LLC., <br> DSD APPLICATIONS, LLC, <br> DSD PLANNING CENTER S.L., <br> DSD VIRTUAL LAB, S.L., and <br> DIGITAL SMILE DESIGN CONSULTORIA <br> *Defendant(s)* | Civil Action No. 0:20-cv-62292-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DSD APPLICATIONS, LLC
c/o A Registered Agent, Inc.
8 The Green, Suite A,
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anne Reilly Flanigan
Weiss Serota Helfman Cole & Bierman, P.L.
200 E. Broward Blvd. Suite 1900
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/13/2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-62292-RS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DSD APPLICATIONS, LLC c/o A Registered Agent, Inc. was received by me on *(date)* Apr 28, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Poorman , who is designated by law to accept service of process on behalf of *(name of organization)* DSD APPLICATIONS, LLC c/o A Registered Agent, Inc. on *(date)* Fri, Apr 30 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/05/2021

_____
*Server's signature*

Mark Hagood, Process Server
_____
*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 30, 2021, 11:54 am EDT at 8 THE GREEN SUITE A , DOVER, DE 19901 received by Lisa Poorman . Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'2"; Hair: Blond; Eyes: Blue; Relationship: Intake Specialist ;