UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.  20-62292-SMITH**

CENTRE DE RECHERCHE MÉDICO
DENTAIRE AM INC,

    Plaintiff,

vs.

DSD USA, LLC, *et al.*,

    Defendants.
_____/

**ORDER STRIKING JOINT SCHEDULING REPORT AND ORDER TO SHOW CAUSE**

This cause is before the Court on the parties' Joint Scheduling Report [DE 26].  Defense counsel, who signed the Joint Scheduling Report, is not admitted to the Southern District of Florida.  Further, the parties represent that defense counsel will be moving for *pro hac vice* admission, but, more than two weeks later, no such motion has been filed.   Accordingly, it is

ORDERED THAT:

1. The parties' Joint Scheduling Report [DE 26] is **STRICKEN.**  By **June 1, 2021,** the parties shall file a revised Joint Scheduling Report, that is signed by counsel admitted to practice in this Court.

2. By **May 21, 2021,** the parties shall show cause why they should not be sanctioned for making misrepresentations to the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of May, 2021.

                                                                             _____
                                                                             RODNEY SMITH
                                                                             UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record